United States District Court
Southern District of Texas
FILED

JAN 7 2010

Clerk of Court

RE: Roman Lopez Jr., Debtor
Case 07-70106-M-13
Trustee Cindy Boudloche

    A dividend check in the amount of $3,410.00 was issued in the above bankruptcy case to Daniel Sandoval, whose mailing address was submitted as unknown at the time of issue. Because that check was not cashed by said payee, pursuant to 11 U.S.C. § 347(a), on August 5, 2008, the trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

    Application is hereby made to pay these unclaimed funds to Daniel Sandoval at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ from the Register of the Court.

This 28th day of December, 2009.

SSN: 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

Sworn to and subscribed to before
me this 28th day of DECEMBER, 2009

Notary Public in and for the
State of TEXAS
My commission expires MARCH 25, 2013



MICHELLE ORTIZ
MY COMMISSION EXPIRES
MARCH 25, 2013